CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 8 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNATHAN LEE X SMITH,  )  <br> Plaintiff,  ) | Civil Action No. 7:09-cv-00271 |
| ) | |
| v.  ) | **FINAL ORDER** |
| ) | |
| CARRIE MAYES, et al.,  ) | By: Samuel G. Wilson |
| Defendants.  ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that this complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g) and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is **DIRECTED** to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 8th day of July, 2009.

_____
United States District Judge